UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBBIN STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-01487-RLY-DML |
| ) | |
| MARION COUNTY ELECTION BOARD, et ) | |
| al. ) | |
| ) | |
| Defendants. ) | |

## Entry Discharging Order to Show Cause

The court will treat the plaintiff's Motion for Extension of Time in Which to Respond (Dkt. 9) as a response to the court's order to show cause. The court hereby ORDERS that the order to show cause, issued to plaintiff on July 20, 2018 (Dkt. 8), is DISCHARGED. The plaintiff's Motion for Extension of Time (Dkt. 9) is hereby DENIED AS MOOT.

So ORDERED.

Date: 8/2/2018

*Debra McVicker Lynch* (signature)
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

ROBBIN STEWART
4015 East Washington St.
Indianapolis, IN 46201

Grant E. Helms
OFFICE OF CORPORATION COUNSEL
grant.helms@indy.gov