UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBBIN STEWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-01487-RLY-DML ) |
| MARION COUNTY ELECTION BOARD, et al. | ) ) ) |
| Defendants. | ) ) |

Order

Three months after filing his complaint and initiating this lawsuit, plaintiff Robbin Stewart (who is proceeding *pro se*) filed an amended complaint without seeking the court's leave to do so under Fed. R. Civ. P. 15(a). The amended complaint at Dkt. 12 is STRICKEN. If Mr. Stewart wishes to file an amended complaint, he must do so in a way that complies with the Federal Rules of Civil Procedure.

So ORDERED.

Date: 9/4/2018

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

ROBBIN STEWART
4015 East Washington Street
Indianapolis
Indianapolis, IN 46201